UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KEITH COOK,                                    :
                                               :
                                               :          09 CV 8039
                                Plaintiff,      :
                                               :        **RESPONSE TO**
        -against-                              :        **NOTICE OF REMOVAL**
                                               :
BANK OF AMERICA & CO.,                         :
JOHN FRAZZA, and SUSAN COLE,                   :
                                               :
                                Defendants.    :
------------------------------------------------------------X


      Plaintiff KEITH COOK (hereinafter referred to as "Plaintiff"), by and through his

undersigned counsel, THE COCHRAN FIRM, hereby states that he has no objection or

opposition to the Notice of Removal.


Dated: New York, New York
      October 16, 2009

                                        Respectfully submitted,
                                        THE COCHRAN FIRM


                                        _____
                                        Derek S. Sells
                                        233 Broadway, 5th Floor
                                        New York, New York 10279
                                        (212) 553-9120 (tel)
                                        (212) 227-8763 (fax)
                                        Attorneys for Plaintiff


TO:    Jonathan B. Bruno, Esq.
      Kaufman, Borgeest & Ryan LLP
      Attorneys for Defendants
      120 Broadway, 14th Floor
      New York, New York 10271
      (212) 980-9600 (tel)
      (212) 980-9291 (fax)