```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
KEITH COOK,                           :
                                      :
            Plaintiff,                :   09 Civ. 8039 (JSR)
                                      :
         -v-                          :   ORDER
                                      :
BANK OF AMERICA & CO., JOHN FRAZZA,   :
SUSAN COLE,                           :
                                      :
            Defendants.               :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/10

On September 14, 2010 the parties in this case telephonically informed the Court that they have reached a settlement. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case if the settlement is not fully effectuated.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 17, 2010