UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

| | |
|---|---|
| KEITH COOK, | : |
|                    Plaintiff, | :   Civil Action No. 09-cv-8039 |
| -against- | :   ***JOINT STIPULATION OF*** |
| | :   ***DISMISSAL WITH*** |
| BANK OF AMERICA & CO., JOHN FRAZZA, SUSAN COLE, | :   ***PREJUDICE*** |
|                    Defendants. | : |

------------------------------------------------------------------ x

The plaintiff, Keith Cook ("Plaintiff"), and the defendants, Bank of America, N.A. (incorrectly identified in the Complaint and "Bank of America & Co."), John Frazza and Susan Cole (collectively "Defendants"), by and through their undersigned counsel hereby stipulate and agree to dismissal of the above-captioned action, in its entirety, with prejudice, and waiving all rights of appeal.

| THE COCHRAN FIRM | KAUFMAN BORGEEST & RYAN LLP |
|---|---|
| *[signature]* | *[signature]* |
| Tracey Brown | Jonathan Bruno |
| Derek S. Sells | Deborah Zawadzki |
| 233 Broadway, 5th Floor | 120 Broadway, 14th Floor |
| New York, New York 10279 | New York, New York 10271 |
| Telephone: (212) 553-9120 | Telephone: (212) 980-9600 |
| Fax: (212) 227-8763 | Fax: (212) 980-9291 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Dated: October 13, 2010 | Dated: November 16, 2010 |

So ordered,

Dated: 11/19/10                      *[signature]*

BOS 854702.1